IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| STANTON SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4175-CV-C-NKL |
| | ) | |
| DR. ENRIQUE DOS SANTOS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On July 26, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on August 15, 2005. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff is denied leave to proceed in forma pauperis, and his claims are dismissed, pursuant to the general order of this court, *In Re Stanton Q. Shelton* (W.D. Mo. Sept. 22, 2003), and 28 U.S.C. § 1915, for failure to state a claim on which relief may be granted [1, 4]. It is further

ORDERED that plaintiff's claims challenging his confinement to Fulton State Hospital are dismissed, without prejudice, for failure to state a claim.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 10, 2005
Jefferson City, Missouri